UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES WILLIAMS,<br><br>                      Plaintiff,<br><br>    v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>                      Defendants. | Case No. 2:16-cv-03020-APG-VCF<br><br>ORDER |

**I.    DISCUSSION**

Plaintiff has filed a motion for leave to file an amended complaint and a request for an extension of time of 45 days to file an amended complaint. (ECF No. 6, 7). The Court grants Plaintiff's motion for leave to file an amended complaint (ECF No. 6) and grants Plaintiff's request for an extension of time to file an amended complaint (ECF No. 7). Plaintiff shall file the amended complaint within 45 days from the date of entry of this order.

Plaintiff is advised that an amended complaint supersedes (replaces) the original complaint and, thus, the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal).

Plaintiff's amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. The amended complaint may not simply continue the original complaint. Failure to comply with these instructions may result in dismissal of your amended complaint. Moreover, Plaintiff must file the amended complaint on this Court's approved prisoner civil rights form and it must be entitled "First Amended Complaint." Plaintiff must follow the instructions on the form. In particular, for each count, Plaintiff must separately identify not only the particular civil rights that allegedly have been violated, but also the supporting facts, including exactly what each defendant specifically did to violate Plaintiff's rights.

Plaintiff asserts that he wishes to set all viable claims before the court. (ECF No. 6 at 1). Plaintiff is advised that he may not amend the complaint to add unrelated claims involving a different defendant; adding such claims to the amended complaint will result in dismissal of those claims. Such claims must be brought in separate lawsuits. Furthermore, Plaintiff may not amend the complaint to add claims he already has brought in other lawsuits.

## II. CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that the motion for leave to file an amended complaint (ECF No. 6) is granted.

**IT IS FURTHER ORDERED** that the request for an extension of time to file an amended complaint (ECF No. 7) is granted. Plaintiff shall file the amended complaint within 45 days from the date of entry of this order.

Dated this 24th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE