# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES WILLIAMS,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　Defendant(s). | Case No.: 2:16-cv-03020-APG-NJK<br><br>**Order**<br><br>[Docket No. 21] |

Pending before the Court is Plaintiff's motion for additional time to obtain the first name and/or P number for Defendant Sergeant Peterson. Docket No. 21. No response has been filed, and the time for doing so has expired. *See* Local Rule 7-2(b). For good cause shown, the motion is hereby **GRANTED** as follows.

Plaintiff will be allowed to serve up to three interrogatories[1] on Las Vegas Metropolitan Police Department specifically in an effort to ascertain the first name and/or P number for Defendant Sergeant Peterson. *Cf. Smith v. Baker*, 2017 U.S. Dist. Lexis 109609, at *2 (D. Nev. July 12, 2017). Moreover, given that other Defendants have already appeared and general discovery is underway, *see* Docket No. 25, the Court further **ORDERS** Las Vegas Metropolitan Police Department to respond to the above interrogatories within 7 days of receipt, *see* Fed. R. Civ. P. 33(b)(2) (court may order shortened time to respond).

---

[1] These interrogatories shall not be counted toward the numerical limit for the case more generally. *See* Fed. R. Civ. P. 33(a)(1).

1

The Clerk's Office is **INSTRUCTED** to send Plaintiff an additional USM-285 form. The Clerk's Office is also **INSTRUCTED** to send a copy of the second amended complaint (ECF No. 9-1) and a copy of this order to the U.S. Marshal for service on Defendant Sergeant Peterson. To enable the above discovery, Plaintiff shall have **45 days** within which to furnish to the U.S. Marshal the required USM-285 form. Within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 form showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether Defendant Sergeant Peterson was served. If not, and if Plaintiff wishes to have service again attempted on Defendant Sergeant Peterson, then a motion must be filed with the Court specifying a more detailed name and/or address of Defendant Sergeant Peterson, or whether some other manner of service should be attempted.

IT IS SO ORDERED.

Dated: March 19, 2019

_____
Nancy J. Koppe
United States Magistrate Judge