# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES WILLIAMS, | Case No.: 2:16-cv-03020-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation and Denying Motion for Leave to Amend** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | [ECF Nos. 34, 39] |
| Defendants | |

Plaintiff James Williams moved for leave to amend his complaint. ECF No. 34. On September 23, 2019, Magistrate Judge Koppe recommended I deny Williams' motion. ECF No. 39. Williams did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Koppe's report and recommendation **(ECF No. 39) is accepted** and plaintiff James Williams' motion for leave to amend **(ECF No. 34) is DENIED**.

DATED this 15th day of October, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE